United States Bankruptcy Court
Eastern District of Michigan

In re:

Christina Faussett                                    Case No. 15-55843
                                                      Judge: SHAPERO
                    Debtor.
_____/

<u>Debtor's Chapter 13 Confirmation Hearing Certificate</u>
[To be completed fully]

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. ___ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. ___ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

   Trustee Objections:

   Issues:

   Creditor # 1:
   Objections:


   Creditor # 2:
   Objections:
   Issues:
   Creditor# 3:
   Issues:

3. _X__ Request an adjournment of the confirmation hearing to _____, 2015, due to the following good cause:   Debtor requests a new First Meeting of Creditor's

hearing date as well as a new Confirmation hearing date due to the fact that the original First Meeting of Creditors was not held due unfiled Federal and State Tax Returns. The unfiled taxes have been filed and the notices of unfiled taxes have been withdrawn/amended.

4. \_\_\_ Dismiss the case.  [The Court will construe this as a motion by the debtor to dismiss the case under Fed.Bankr.R.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket.]

5. \_\_\_ Convert the case to chapter 7.  [The Court will construe this as a notice by the debtor to convert to chapter 7 under Fed.Bankr.R.P. 1017(f)(3), and the Court will enter an order of conversion to chapter 7 and the case will be removed from the docket.]

6. \_\_\_ Re-convert the case to chapter 7.  [The case will remain on the docket and parties will have an opportunity to be heard.]

     /s/ Andrea Howard_____
Frego & Associates, P.L.C.
23843 Joy Rd.
Dearborn Heights, MI 48127
313.565.4252
fregojames@aol.com
Andrea Howard (P69860)